```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                         CASE NO. 07 B 06317
     JAMES T GOETZ
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
     SSN XXX-XX-2974


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

     1.   The case was filed on 04/09/07 .

     2.   The case was dismissed without confirmation, 08/03/2007.

     3.   The Debtor paid a total of $   1107.68 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| REO PROPERTIES CORP | CURRENT MORTG | .00 | .00 | .00 |
| REO PROPERTIES CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ELIZABETH KETTLEY | CHILD SUPPORT | NOT FILED | .00 | .00 |
| A TEC AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | .00 | .00 | .00 |
| CANCER TREATMENT CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST SAVINGS CREDIT CAR | UNSECURED | NOT FILED | .00 | .00 |
| FNB MARIN | UNSECURED | NOT FILED | .00 | .00 |
| LEGACY VISA | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN REGIONAL MED | UNSECURED | NOT FILED | .00 | .00 |
| PATIENT FIRST | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS & THOMAS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| VICTORY MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED              .00          .00          .00          .00          .00
PRINCIPAL PAID                  .00          .00          .00          .00          .00
INTEREST PAID                   .00          .00          .00          .00          .00
TOTAL PAID                      .00          .00          .00          .00          .00
```

The Debtor's attorney, FELD & KORRUB LLC            , was allowed $   3000.00
and was paid $    300.00   direct and $    944.02   through the plan.

The Trustee received $     25.20 .

Refunds to the Debtor totaled $    138.46 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/16/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE